

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Estate of June Elaine Gibson, Deceased

No. 06-14-00098-CV

Appeal from the County Court at Law of Rusk County, Texas (Tr. Ct. No. 2013-148P). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Karen Anderson, pay all costs of this appeal.

RENDERED JANUARY 23, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk